IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE WOLK LAW FIRM a/k/a**<br>Arthur Alan Wolk Associates | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA**<br>**NATIONAL TRANSPORTATION**<br>**SAFETY BOARD** | : | NO. 19-1401 |

## ORDER

**NOW**, this 10th day of October, 2019, upon consideration of the Defendant's Motion to Partially Dismiss Plaintiff's First Amended Complaint (Document No. 16) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts I and II of the Plaintiff's First Amended Complaint are **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.