# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE WOLK LAW FIRM a/k/a** | : | **CIVIL ACTION** |
| Arthur Alan Wolk Associates | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **NATIONAL TRANSPORTATION** | : | |
| **SAFETY BOARD** | : | **NO. 19-1401** |

## ORDER

**NOW**, this 10th day of October, 2019, upon consideration of the Defendant's Motion For A Stay Pursuant to 5 U.S.C. § 552(a)(6)(C) (Document No. 17) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. All proceedings are **STAYED**;

2. The Clerk shall place this case in **SUSPENSE**;

3. Defendant shall file a status report regarding the plaintiff's FOIA requests every sixty days; and,

4. Within ten days of finally processing the plaintiff's FOIA requests, defendant shall advise the court that it has done so.

/s/ TIMOTHY J. SAVAGE J.