# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE WOLK LAW FIRM a/k/a** | : | **CIVIL ACTION** |
| **Arthur Alan Wolk Associates** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **NATIONAL TRANSPORTATION** | : | |
| **SAFETY BOARD** | : | **NO. 19-1401** |

## ORDER

**NOW**, this 22nd day of July, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 33), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of United States of America National Transportation Safety Board and against The Wolk Law Firm.

/s/ TIMOTHY J. SAVAGE J.